# United States Court of Appeals
For the Eleventh Circuit

02 JAN 18 AM 10: 10

No. 01-11330

District Court Docket No.
96-02342-CV-PWG-NE

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Dec 18, 2001

THOMAS K. KAHN
CLERK

SHERRY THURMOND, LEVON HALL,
RONNIE HOPPER, DAVID ROLLINS,
LARRY THOMPSON,

        Plaintiffs-Appellants,

versus

CITY OF HUNTSVILLE, a
political sudivision of the
State of Alabama, RICK OTTMAN,
Individually and in his Official
Capacity as the Police Chief,
DANIEL R. DELLA-CALCE, JR.,
Individually and in his Official
Capacity as a Lieutenant with the
City of Huntsville Police
Department,

        Defendants-Appellees.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Northern District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached 11th Cir. R. 36-1 affirmance without opinion included herein by reference, is entered as the judgment of this Court.

Entered: December 18, 2001
For the Court: Thomas K. Kahn, Clerk
By: McCombs, Elaine

ISSUED AS MANDATE
JAN 1 6 2002
U.S. COURT OF APPEALS
ATLANTA, GA

129

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 1 8 2001
THOMAS K. KAHN
CLERK

No. 01-11330

D. C. Docket No. 96-02342-CV-PWG-NE

SHERRY THURMOND, LEVON HALL,
RONNIE HOPPER, et al.,

                    Plaintiffs-Appellants,

versus

CITY OF HUNTSVILLE, a political
subdivision of the State of Alabama,
RICK OTTMAN, Individually and in his
Official Capacity as the Police Chief, et al.,

                    Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Alabama

(December 18, 2001)

Before BLACK and HULL, Circuit Judges, and RYSKAMP[*], District Judge.

PER CURIAM:

---

[*]Honorable Kenneth L. Ryskamp, U.S. District Judge for the Southern District of Florida, sitting by designation.

AFFIRMED. See 11th Cir. R. 36-1.[1]

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

[1] 11th Cir. R. 36-1 provides:
  When the court determines that any of the following circumstances exist:
    (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
    (b) the evidence in support of a jury verdict is sufficient;
    (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
    (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
    (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.

2

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

02 JAN 16 AM 10:48

In Replying Give Number
Of Case And Names of Parties

January 16, 2002

Perry D. Mathis
Clerk, U.S. District Court
1729 Fifth Avenue North, #140
Birmingham AL 35203

RE: 01-11330-CC   Sherry Thurmond v. City of Huntsville
DC DKT NO.: 96-02342 CV-PWG-NE

The enclosed certified copy of the Rule 36-1 decision and judgment are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original record on appeal or review, consisting of: ten volumes

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)

Perry D. Mathis
Clerk, U.S. District Court
1729 Fifth Avenue North, #140
Birmingham AL 35203

January 16, 2002

RE: 01-11330-CC     Sherry Thurmond v. City of Huntsville
DC DKT NO.: 96-02342 CV-PWG-NE

TO:   Perry D. Mathis

CC:   Henry F. Sherrod, III

CC:   George W. Royer, Jr.

CC:   Jeffrey T. Kelly

CC:   Samuel H. Givhan

CC:   Hon. Paul W. Greene

CC:   Administrative File